**MINUTE ENTRY**
**PAPILLION, J.**
**January 16, 2024**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**WHALE CAPITAL**                                         **CIVIL ACTION**

**VERSUS**                                                **NO: 22-CV-2570**

**STEPHANIE RIDGEWAY, ET AL.**                            **SECTION "P"**

**MINUTE ENTRY**

On January 16, 2024, the Court held a telephone status conference in this matter.  Anders Holmgren and Albert Derbes appeared on behalf of Plaintiff. Josh Koch and Benjamin Sanders appeared on behalf of Defendants.  The Court discussed with the parties Plaintiff's pending Motion to Dismiss Counterclaim for Failure to State a Claim Under Rule 12(b)(6) (Record Document 28), and the standing issues Defendants raised in their opposition to the motion (Record Document 29). The parties expressed disagreement on the issue of standing.  The Court noted that, given this disagreement, it was inclined to deny Plaintiff's motion without prejudice and order the parties to brief the issues of standing and subject matter jurisdiction.  Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) (Record Document 28) **is DENIED WITHOUT PREJUDICE** to the right to be refiled should the Court determine it has subject matter jurisdiction over Defendants' counterclaim.

**IT IS FURTHER ORDERED** that the issue of whether the Court has subject matter jurisdiction over Defendants' counterclaim shall be briefed as follows:

1.  Plaintiff's initial brief shall be filed on or before January 26, 2024;

2.  Defendants' response shall be filed on or before March 5, 2024; and

3.  Plaintiff's reply shall be filed on or before March 12, 2024.

(JS-10:14)

2